PEOPLE V TOMAZ, No. 152112; Court of Appeals No. 318663. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we reverse in part the judgment of the Court of Appeals, and we remand this case to the Wayne Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is denied, because we are not persuaded that the remaining questions presented should be reviewed by this Court. We do not retain jurisdiction.

PEOPLE V ZAID, No. 152319; Court of Appeals No. 320197. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate that part of the Court of Appeals judgment discussing the weight and effect of the evidence presented at the preliminary examination and directing arraignment in the Oakland Circuit Court on a felony information. The Court of Appeals erred in making factual findings and binding over this case to the circuit court for trial. We remand this case to the 52-4 District Court for further proceedings not inconsistent with the remainder of the Court of Appeals judgment. In all other respects, leave to appeal is denied, because we are not persuaded that the question presented should be reviewed by this Court.